**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY B. REED,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KPS ALARMS, INC.,<br><br>　　　　　　Defendant. | Case No. CV 15-05482 DMG (Ex)<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment, filed on April 29, 2016, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant KPS Alarms, Inc., and against Plaintiff Rickey B. Reed.

DATED: April 29, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE